| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* <br> 1:13CR358 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: <br> Eric Fantau | DISTRICT <br> SOUTHERN DISTRICT OF NEW YORK | | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE <br> Denise Cote | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM <br> 7/23/2021 | TO <br> 7/22/2026 |

**OFFENSE**

Count 1: Enticement of a Minor to Engage in Sexual Activity, in Violation of 18 U.S.C. 2422(b), a Class A felony; and Count 2: Possession of Child Pornography, in Violation of 18 U.S.C. 2252A(a)(5)(B), a Class C felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_4/28/22_  
Date

_/s/ Denise Cote_  
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF NEW JERSEY"

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____  
Effective Date

_____  
United States District Judge